DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM J. BRUTZMAN,**
Appellant,

v.

**BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP,** f/k/a **COUNTRYWIDE HOME LOANS SERVICING LP,**
Appellee.

No. 4D14-1994

[November 18, 2015]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Eli Breger, Judge; L.T. Case No. 2012CA004748MB AW.

Margery E. Golant, Stuart M. Golant and Richard R. Widell of Golant & Golant, P.A., Boca Raton, for appellant.

Alan M. Pierce of Liebler Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed. See Davidian v. JP Morgan Chase Bank,* 4D14-2431, 2015 WL 5827124, at *1 (Fla. 4th DCA 2015).

WARNER, STEVENSON and MAY, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*